UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN A. WARREN,              )
                              )
       Petitioner,           )  Case No. 1:05-cv-651
                              )
v.                            )  Honorable Wendell A. Miles
                              )
STEPHEN B. MILLER,            )
                              )
       Respondent.           )
_____)

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for failing to file his habeas petition under 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to file the habeas petition under 28 U.S.C. § 2254 or that Petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


Dated: November 9, 2005                 /s/ Wendell A. Miles
                                        Wendell A. Miles
                                        Senior United States District Judge